UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-----------------------------------------------------------------X
JOHN COMBOS AND DONNA COMBOS, : 07-CV-01593-AKH

                          Plaintiffs, : **APPEARANCE**

  - against - :

                                        : **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*, :

                        Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                       /s/ Judith R. Cohen
                        By:  _____
                             Judith R. Cohen (JC-8614)
                             1177 Avenue of the Americas
                             New York, New York 10036
                             Phone: (212) 277-6500
                             Fax: (212) 277-6501

                             *Attorney for Defendant*
                             MERRILL LYNCH & CO., INC.

DOCSNY-271420v01