UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
John Combos

                                        Plaintiffs,

          -   against   -
NOMURA HOLDING AMERICA INC. and
NOMURA SECURITIES INTERNATIONAL, INC.

et al. (see Defendants' List)

                                  Defendants.

Index No.: 07CV1593 (AKH)

NOTICE OF THE NOMURA
PARTIES' ADOPTION OF
ANSWER TO MASTER
COMPLAINT
_____

1:21-MC-00102

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Nomura Holding America INC. and Nomura Securities International, Inc., in this action.

Dated: November 1, 2007
       New York, New York

                                    Yours, etc.

                                    STRONGIN ROTHMAN & ABRAMS, LLP

                                    s/ Dror M. Bikel
                                    _____
                                    Dror M. Bikel, ESQ.
                                    Attorneys for Defendant
                                    NOMURA HOLDING AMERICA, INC.
                                    50 Broadway, Suite 2003
                                    New York, NY 10004
                                    (212) 931-8300

TO:
SEE ATTACHED SERVICE LIST

Case 1:07-cv-01593-AKH    Document 20    Filed 11/05/2007    Page 2 of 3

## **SERVICE LIST**

Worby Groner Edelman & Napoli Bern , LLP
*Attorneys for the*: Plaintiff(s)
*Office and Post Office Address and Telephone*
115 Broadway, Twelfth Floor
New York, NY 10006
(212) 267-3700

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C
233 Broadway, 5th Floor
New York, NY 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, NY 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com